FILED
2010 JAN 29 P 2: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80020 MISC VRW

IN THE MATTER OF

Mathew Paul Wattoff - #158442

_____/

**ORDER TO SHOW CAUSE**

It appearing that Mathew Paul Wattoff has been enrolled as an inactive member of the State Bar of California pursuant to Rule 960 of the California Rules of Court and that he may not practice law while so enrolled effective,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Mathew Paul Wattoff
Attorney At Law
14 Main St
Hyde Park, NY 12538