**FILED**

MAR 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV 10 80020 MISC VRW

Mathew Paul Wattoff,            ORDER

    State Bar No 158442

_____/

       On January 29, 2010, the court issued an order to show cause (OSC) why Mathew Paul Wattoff should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California and his voluntary tender of resignation with charges pending, effective December 11, 2009.

       The OSC was mailed to Mr Wattoff's address of record with the State Bar on February 3, 2010.  A written response was due on or before March 7, 2010.  No response to the OSC has been filed as of this date.

       The court now orders Mathew Paul Wattoff removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

       IT IS SO ORDERED.

                                               VAUGHN R WALKER
                                               United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Mathew Paul Wattoff,

_____/

Case Number: CV10-80020 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Paul Wattoff
14 Main St
Hyde Park, NY 12538

Dated: March 22, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*